320 F.2d 913
 H. B. DICKENSHEETS et al.
v.
UNITED STATES FIRE INSURANCE COMPANY.
 No. 7310.
 United States Court of Appeals Tenth Circuit.
 May 3, 1963.
 
 Robert Martin and Laverne Morin, Wichita, Kan., and C. E. Russell, wellington, Kan., for appellants.
 Alvin D. Herrington, Wichita, Kan., for appellee.
 Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.
 PER CURIAM.
 
 
 1
 Appeal dismissed May 3, 1963, pursuant to stipulation of the parties.